IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KYLE MOON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 04-CV-562-WDS |
| | ) |
| **A.J. SCHMID, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## O R D E R

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Philip M. Frazier that defendants' motion to dismiss be granted. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. Defendants' motion to dismiss is **GRANTED** and plaintiff's case is **DISMISSED** for want of prosecution.

**IT IS SO ORDERED.**

**DATED: June 15, 2007.**

                    s/ WILLIAM D. STIEHL
                         DISTRICT JUDGE